UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JORGE R. PEREZ SOTO, JR.,

            Plaintiff,

  -against-

COUNTY OF NASSAU, VILLAGE OF
HEMPSTEAD, P.O. BUCCELLATO,
P.O. JUAN C. MIRANDA,

            Defendants.
-----------------------------------------------------------X

ORDER
14-CV-03357(SJF)(AKT)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y
★ OCT 22 2014 ★
LONG ISLAND OFFICE

FEUERSTEIN, District Judge:

On May 28, 2014, incarcerated *pro se* plaintiff Jorge R. Perez Soto, Jr. ("plaintiff") filed a complaint pursuant to 42 U.S.C. § 1983 ("Section 1983") against the County of Nassau, the Incorporated Village of Hempstead, P.O. Buccellato and P.O. Juan C. Miranda (collectively, "defendants"), accompanied by an application to proceed *in forma pauperis*. Since plaintiff's financial status, as set forth in his declaration in support of his application to proceed *in forma pauperis*, qualifies him to commence this action without prepayment of the filing fees, *see* 28 U.S.C. § 1915(a)(1), his application to proceed *in forma pauperis* is granted. The Clerk of the Court is directed to forward copies of the summonses, the complaint, this Order and the Notice of Hearing dated October 22, 2014 to the United States Marshal Service for service upon defendants without prepayment of fees and to mail a copy of this Order and the Notice of Hearing dated October 22, 2014 to plaintiff at his last known address.[1]

**SO ORDERED.**

s/ Sandra J. Feuerstein
_____
Sandra J. Feuerstein
United States District Judge

Dated:    October 22, 2014
             Central Islip, New York

---

[1] Since defendants have not been served with a summons and the complaint yet, plaintiff's motion seeking a preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure is denied with leave to renew once defendants have been served with process in this action.